C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAIME ANGELES et. al.,<br><br>　　　　Defendants. | Case No.: CR.S-06-403 GEB<br><br>STIPULATION AND (PROPOSED) ORDER |

STIPULATION

　　　This matter was scheduled for Status Conference on August 10, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all defendants, and counsel for the United States, AUSA Phillip Talbert, and they have all agreed, subject to the court's approval, to continue this matter until September 28, 2007, at 9:00 a.m.

　　　All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials.  All counsel are also reviewing these materials for the potential preparation of motions.  Investigation is also under way concerning these matters.   In addition, Attorney Vittoria Bossi has recently become counsel of record for defendant Roque Lozano and will need time to become familiar with the case.

　　　All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for August l0, 2007, to September 28, 2007 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date

pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   8-7-07              /s/ C. Emmett Mahle
                             C. EMMETT MAHLE
                             Attorney for Defendant
                             JAIME ANGELES

DATED:   8-07-07             /s/ Michael Bigelow
                             MICHAEL BIGELOW
                             Attorney for Defendant
                             DAMIAN SUAREZ

DATED:   8-07-07             /s/ Krista Hart
                             KRISTA HART
                             Attorney for Defendant
                             RENE RODRIGUEZ GUTIERREZ

DATED:   8-07-07             /s/ Dina Santos
                             DINA SANTOS
                             Attorney for Defendant
                             FRANCES ROSA RAMIREZ

DATED:   8-07-07             /s/ Vittoria Bossi
                             VITTORIA BOSSI
                             Attorney for Defendant
                             ROQUE LOZANO

DATED:   8-07-07             /s/ J. Toney
                             J. TONEY
                             Attorney for Defendant
                             JORGE MEDINA MENCHACA

DATED:   8-07-07             /s/ Phillip Talbert
                             PHIL TALBERT
                             Assistant U.S. Attorney

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for August 10, 2007, at 9:00 a.m., is hereby continued to September 28, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of counsel.

DATED:  August 7, 2007

```
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```